**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY,

      Plaintiff,

v.                                       Case No. 08-CV-14130-DT

ROBERT JOHNSON,

      Defendant.
                                         /

and

ROBERT JOHNSON,

      Third-Party Plaintiff,

v.

MARCUS MURRAY,

      Third-Party Defendant.
                                         /

**ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER AND SETTING
BRIEFING AND DISCOVERY DEADLINES**

On March 11, 2009, the court conducted a status conference in the above-captioned case. During the conference, the court discussed, among other issues, Third-Party Defendant's pending motion to amend the December 8, 2008 scheduling order. After being assured that the parties will work diligently to meet their deadlines, the court agreed to extend all dates in the scheduling order by sixty days. The parties also proposed, and the court agreed to, various internal discovery deadlines. Accordingly,

IT IS ORDERED that Third-Party Defendant's motion to amend [Dkt. # 31] is GRANTED and the December 8, 2008 scheduling order [Dkt. # 14] will be amended to adjourn all dates, starting with the deadline for adding indispensable parties, by sixty days.  A separate amended scheduling order will issue.

IT IS FURTHER ORDERED that the parties shall submit a proposed stipulated order dismissing the current version of the Third-Party Complaint against Marcus Murray by **March 13, 2009.**  Third-Party Defendant and Counter-Defendant's response to the pending motion to amend shall be due on or before **March 23, 2009**.  Any reply shall be filed by **March 30, 2009**.  Unless otherwise ordered, the court will not conduct a hearing on the motion.

Additionally, IT IS ORDERED that the parties shall conduct Robert Johnson's deposition on or before **April 3, 2009**, and Marcus Murray's deposition on or before **April 7, 2009**.  The first round of written discovery between Murray and Johnson shall be served by **March 16, 2009**, and answered by **March 31, 2009.**

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  March 12, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 12, 2009, by electronic and/or ordinary mail.

      S/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\08-14130.MASSMUTUALLIFE.AmendSchedulingOrder.wpd